IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**CHARLES P. PRIDE**                                                                 **PLAINTIFF**

v.                                                                      Civil No. 1:11CV22-HSO-JMR

**FEMA, Federal Emergency Management**                                **DEFENDANTS**
**Agency; MALE AND FEMALE JOHN**
**DOES who may also be known as**
**PHILLIP STROUSE and SUE ANN LONDON,**
**FEMA TRAILER MANAGERS in their**
**official and individual capacities;**
**BILOXI DIRECTOR OF COMMUNITY**
**DEVELOPMENT JERRY CREEL in his**
**official and individual capacity; BILOXI**
**CITY CODE ENFORCEMENT OFFICER**
**MIKE ANDREWS in his official and individual**
**capacity, AS PREVIOUSLY UNKNOWN**
**DEFENDANTS. OTHER UNKNOWN DEFENDANTS**

## FINAL JUDGMENT

Pursuant to the Court's Memorandum Opinions and Orders [161][172] entered on October 30, 2013, and November 15, 2013, *pro se* Plaintiff Charles P. Pride's claims against Defendants Jerry Creel and Mike Andrews and Defendant the Federal Emergency Management Agency ("FEMA") have been dismissed with prejudice, and FEMA's Counterclaim [57] against Pride has been dismissed with prejudice. All claims have therefore been dismissed with prejudice.

Pride nevertheless remains liable to FEMA in the amount of $187.88 and to Mike Andrews and Jerry Creel in the amount of $473.11 for reimbursement of fees and costs resulting from Pride's failure to attend a June 18, 2013, settlement conference despite receiving due notice. On September 6, 2013, United States Magistrate Judge John M. Roper, Sr., awarded fees and costs in these respective

amounts to FEMA and Andrews and Creel.  Magistrate Judge's Order [137].  A judgment for a total amount of $660.99 should therefore be entered against Pride.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that judgment is rendered in favor of Jerry Creel and Mike Andrews and against Plaintiff Charles P. Pride in the amount of $473.11 and in favor of FEMA and against Pride in the amount of $187.88, for a total judgment in the amount of $660.99, for fees and costs assessed to Pride by Order [137] of the United States Magistrate Judge entered on September 6, 2013.

**IT IS, FURTHER, ORDERED AND ADJUDGED** that this Civil Action is **DISMISSED WITH PREJUDICE**.

**SO ORDERED AND ADJUDGED**, this the 15th day of November, 2013.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE